## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-07818 |
| | ) | |
| Samuel Couch, | ) | Chapter 13 |
| and, | ) | |
| Acquenetta Couch, | ) | Hon. Judge Jack B. Schmetterer |
| Debtor(s). | ) | |

### NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on December 16, 2020, at 10:30 a.m. I will appear before the Honorable Judge Jack B. Schmetterer, or any judge sitting in that judge's place, and present Debtors' Motion to Modify Plan, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information-Toll Free Number : 1-877-366-1839; Access Code: 3900709.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

> Movants:  Samuel & Acquenetta Couch
> By:  Michael R. Colter, II
> David M. Siegel & Assoc., LLC
> 790 Chaddick Drive
> Wheeling, IL 60090
> (847) 520-8100
> mcolter@davidmsiegel.com

### CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on November 20, 2020, before 5:30 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: chiweb@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*

Samuel & Acquenetta Couch
9910 S. Normal Avenue
Chicago, IL 60628

Quantum3 Group LLC as agent for
MOMA Trust LLC
P.O. Box 788
Kirkland, WA 98083-0788

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

City of Chicago Department of Finance
Utility Billing & Customer Service Divis
c/o Arnold Scott Harris P.C.
111 W. Jackson Ste. 600
Chicago, IL 60604

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Peritus Portfolio Services II
P.O. Box 14149
Irving, TX 75014-1419

Peoples Gas
Bankruptcy Department
200 E. Randolph Street
Chicago, IL 60601

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

The Bank of New York Mellon Trustee
c/o NewRez LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-07818 |
| | ) | |
| Samuel Couch, | ) | Chapter 13 |
| and, | ) | |
| Acquenetta Couch, | ) | Hon. Judge Jack B. Schmetterer |
| Debtor(s). | ) | |

## MOTION TO MODIFY PLAN

NOW COME the Debtors, **Samuel Couch and Acquenetta Couch,** by and through their attorney, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On March 20, 2019, Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Tom Vaughn was appointed Trustee.

3) Debtors' Plan was confirmed on June 19, 2019. The confirmed plan requires monthly payments of $1,375.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Mr. Couch's hours have been cut at work due to the COVID-19 pandemic. At times, Debtor has no net pay after payroll tax deductions and the plan payment are deducted from his payroll check.

5) The Debtors are also unable to operate their car wash because it is a non-essential business. The Debtors no longer receive money from the car wash.

6) Debtors' household income is enough to support a plan payment of $1,000.00 per month as evidenced by the amended Schedules I and J (Exhibit A).

7)     Debtors seek to modify their plan under § 1329 and defer the current default that has accrued due to reduced hours because of the pandemic.

8)     Debtors seek to modify their plan under § 1329 and reduce the plan payment to $1,000.00. This would still pay the general unsecured creditors no less than 10% of their allowed claims.

9)     Debtors seek these modifications to their plan without the intent to commit fraud. Debtors seek to continue with their plan and pay their creditors no less than 10% of their allowed claims and extend the plan beyond the 60 months allowed by the CARES Act amendments to 11 U.S.C. § 1329.

WHEREFORE, the Debtors, **Samuel Couch and Acquenetta Couch**, pray that this Honorable Court enter an Order Modifying Debtors' Chapter 13 Plan and for other such relief as the Court deems fair and proper.

                                          Respectfully Submitted,

                                          /s/ Michael R. Colter, II
                                          Michael R. Colter, II, A.R.D.C. #6304675
                                          Attorney for the Debtor